UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA

vs.                                               CIVIL ACTION NO. 1:08-cv-00581 JDB

UNUM Provident, Fannie Mae,
Dror Oppenheimer, Karen Mychalus,
Verna Robinson

### AFFIDAVIT OF SERVICE

I, Khadija Duma, hereby declare that on the fourth day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Karen Mychalus. Attached hereto is the certified green card acknowledging service.

_____

*Khadija Duma* (signature)
Khadija Duma
PO Box 1023
Washington, DC 20013
(202) 546-6281

**RECEIVED**
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☒ Addressee |
| | B. Received by (Printed Name)<br>Leroy Coley | C. Date of Delivery<br>2008 |
| 1. Article Addressed to:<br><br>Karen Mychalus<br>c/o Legal Department (Fannie Mae)<br>3900 Wisconsin Ave., NW<br>Washington, DC<br>20016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0004 0072 0530 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540