UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA

vs.                                    CIVIL ACTION NO. 1:08-cv-00581   JDB

UNUM Provident, Fannie Mae,
Dror Oppenheimer, Karen Mychalus,
Verna Robinson

### AFFIDAVIT OF SERVICE

I, Khadija Duma, hereby declare that on the fourth day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to UNUM Provident. Attached hereto is the certified green card acknowledging service.

Khadija Duma
PO Box 1023
Washington, DC 20013
(202) 546-6281

RECEIVED
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Maggie Tufet_ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>UNUM Provident<br>Legal Department<br>2211 Congress Street<br>Portland, ME<br>04122 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0004 0072 0509 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540