UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA

vs.                                                    CIVIL ACTION NO. 1:08-cv-00581 JDB

UNUM Provident, Fannie Mae,
Dror Oppenheimer, Karen Mychalus,
Verna Robinson

### AFFIDAVIT OF SERVICE

I, Khadija Duma, hereby declare that on the fourth day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Fannie Mae. Attached hereto is the certified green card acknowledging service.

_____

*Khadija Duma* (signature)

Khadija Duma
PO Box 1023
Washington, DC 20013
(202) 546-6281

RECEIVED
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery

1. Article Addressed to:

Fannie Mae
Legal Department
3900 Wisconsin Ave, NW
Washington, DC
20016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 3110 0004 0072 0516

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:08-cv-00581-JDB   Document 5   Filed 04/22/2008   Page 2 of 2