CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Khadija Duma
_____
        Plaintiff(s)

vs.

Civil Action No. __1:08-cv-00581 JDB__

UNUM Provident, Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson
_____
        Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __29th__ day of __April__ , __2008__ , that I am ~~the attorney~~ *pro se*
of record for the plaintiff in the above-entitled case; that the defendant(s)
__UNUM Provident, Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson__
was [were] (select one):

☐        personally served with process on _____.

☑        served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the
        District of Columbia on (date the return receipt was signed by addressee): __April 7, 2008 & April 8, 2008 (UNUM)__ .

☐        served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on
        (date the Acknowledgment Form was signed by addressee): _____.

☑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
        is: __DC Code Ann. Section 13-423 (a)  and 326 U.S. 310,316__ .

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no
pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑        no extension has been given and the time for filing has expired

☐        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

pro se, _Khadija Duma_
Attorney for Plaintiff(s) [signature]

__Khadija Duma, PO Box 1023,__
__Washington, DC 20013, (202)__
__546-6281__
_____
_____
_____

_____
Bar Id. Number

_____
        Name, Address and Telephone Number

CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Khadija Duma
_____
        Plaintiff(s)


vs.                                                    Civil Action No. 1:08-cv-00581 JDB _____


UNUM Provident, Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson
_____
        Defendant(s)


## AFFIDAVIT IN SUPPORT OF DEFAULT

        I hereby certify under penalty of perjury, this 29th day of April , 2008 , that I am ~~the attorney~~ **Pro se**
of record for the plaintiff in the above-entitled case; that the defendant(s)
I telephoned UNUM and Fannie Mae before I mailed the complaints with summons for all defendants to ask how to address and where to mail them.
_____
was [were] (select one):

☐        personally served with process on _____ .

☑        served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the
        District of Columbia on (date the return receipt was signed by addressee): April 7, 2008 & April 8, 2008 (UNUM) .

☐        served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on
        (date the Acknowledgment Form was signed by addressee): _____ .

☑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
        is: DC Code Ann. Section 13-423 (a) 4 and 326 U.S. 310,316 .

        I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no
pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
        ☑        no extension has been given and the time for filing has expired
        ☐        although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

        The Clerk is requested to enter a Default against said defendant(s).

                                        pro se, _Khadija Duma_
                                        Attorney for Plaintiff(s) [signature]
                                        Khadija Duma, PO Box 1023,
                                        Washington, DC 20013, (202)
                                        546-6281
                                        _____

_____                        _____
Bar Id. Number                          Name, Address and Telephone Number