UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA

vs.   CIVIL ACTION NO. 1:08-cv-00581 JDB

UNUM Provident, Fannie Mae,
Dror Oppenheimer, Karen Mychalus,
Verna Robinson

## AFFIDAVIT OF SERVICE

I, Khadija Duma, hereby declare that on the fourth day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Dror Oppenheimer. Attached hereto is the certified green card acknowledging service.

---

*Khadija Duma*
Khadija Duma
PO Box 1023
Washington, DC 20013
(202) 546-6281

**RECEIVED**
APR 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0004 0072 0523**
Detailed Results:

- **Delivered, April 07, 2008, 2:20 pm, WASHINGTON, DC 20016**
- **Arrival at Unit, April 07, 2008, 2:02 pm, WASHINGTON, DC 20016**
- **Acceptance, April 04, 2008, 2:36 pm, WASHINGTON, DC 20013**

*< Back*        *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  **Go >**

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA