Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA

    Plaintiff(s)

Civil Action No. 08-581 JDB

v.

UNUM PROVIDENT, ET AL.,

    Defendant(s)

RE: DEFENDANTS: FANNIE MAE, DROR OPPENHEIMER, KAREN MYCHALUS and VERNA ROBINSON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 7, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this __29__ day of __April__, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk