UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

KHADIJA DUMA,

Plaintiff,

CIVIL ACTION NO. <u>1:08-cv-00581 JDB</u>

UNUM PROVIDENT, FANNIE MAE,
DROR OPPENHEIMER, KAREN MYCHALUS,
VERNA ROBINSON

Defendants

---

### PLAINTIFF'S RESPONSE TO THE FANNIE MAE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION

The Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) failed to file a timely, per this court's rules, response to plaintiff's complaint against them. Plaintiff, Khadija Duma, followed the rules of this court and filed the necessary affidavit and default forms to place the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) in default. Plaintiff verified with the clerk of the court that the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) are docketed as being in default. This Memorandum of Points and Authorities for their motion to dismiss, as well as, their alternative motion to compel arbitration are moot since the Fannie Mae defendants' (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) failure to respond to plaintiff's complaint in a timely fashion is inexcusable and no extension of time was requested or granted. Therefore, this response from the Fannie Mae defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) is moot; their memorandum of points and authorities in support of their motion to dismiss or, in the alternative, motion to compel should not be given any weight or consideration. The Fannie Mae Defendants' motion to dismiss and their motion to compel should be denied.

*Khadija Duma*
*1840 Mass Ave, SE, Wash, DC 20003*

### CERTIFICATE OF SERVICE

I, Khadija Duma, certify that a copy of the foregoing was mailed via first-class mail (certified mail with return receipt requested), this 7th day of May, 2008 to the Fannie Mae Defendants' counsel:

    Attn: Damien G. Stewart
    Fannie Mae Legal Department
    3900 Wisconsin Avenue, NW
    Washington, DC 20016

I, Khadija Duma, further certify that a copy of the foregoing was mailed via first-class mail (certified mail with return receipt requested), this 7th day of May, 2008 to the UNUM Provident counsel:

    Attn: Mary C. Zinsner
    Troutman Sanders LLP
    1660 International Drive, Suite 600
    McLean, VA 22102

*Khadija Duma*
PO Box 1023
Washington, DC 20013
(202) 546-6281

RECEIVED
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

**KHADIJA DUMA,**

Plaintiff,                                                      CIVIL ACTION NO. <u>1:08-cv-00581 JDB</u>

**UNUM PROVIDENT, FANNIE MAE,
DROR OPPENHEIMER, KAREN MYCHALUS,
VERNA ROBINSON**

Defendants

---

### ORDER TO DISREGARD THE FANNIE MAE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS, ORDER DENYING THE FANNIE MAE DEFENDANTS' MOTION TO DISMISS, AND, ORDER DENYING, IN THE ALTERNATIVE, THE FANNIE MAE DEFENDANTS' MOTION TO COMPEL ARBITRATION

The Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) have jointly filed a memorandum of points and authorities in support of their motion to dismiss, or in the alternative, motion to compel arbitration in response to the plaintiff's complaint against them. However, without a requested extension of time or grant of such a request and failing to timely file an answer to the plaintiff's complaint against them, pursuant to the rules of this court, the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) are in default and now time barred from filing these motions. The Fannie Mae Defendants place great emphasis on deadlines; their failure to meet the deadline for filing an answer to the plaintiff's complaint against them is inexcusable, and, therefore, should be denied.

Accordingly, it is hereby ORDERED that the Fannie Mae Defendants' (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) Memorandum of Points and Authorities is disregarded and their Motion to Dismiss or, in the alternative, Motion to Compel Arbitration is DENIED with prejudice this _____ day of May, 2008.

_____
District Judge John D. Bates

Cc:  All counsel of record