UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**KHADIJA DUMA,**

    Plaintiff

    VS.                        CIVIL ACTION NO <u>1:08-cv-00581 JDB</u>

**UNUM Provident,**
**Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson,**

    Defendants

---

### PLAINTIFF'S MOTION TO USE POST OFFICE BOX FOR ALL COMMUNICATIONS BETWEEN PLAINTIFF, ALL DEFENDANTS AND THIS DISTRICT COURT

Movant, Khadija Duma, respectfully requests permission from this Honorable Court (Court) to use her post office box (PO Box 1023, Washington, DC 20013) going forward from today's date (May 9, 2008) for all communications between the plaintiff, the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) and their counsel, UNUM Provident and its counsel, and this Court. My house is scheduled for a foreclosure auction soon. When my son and I leave our current residence we will have no fixed address. The use of my post office box will be the only option for me. My son and I do not have family here; and, since becoming disabled and unemployed I have had an isolated subsistence. BUT FOR the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson) and UNUM Provident my son and I would not be losing our home.

Khadija Duma
1840 Massachusetts Avenue, SE
Washington, DC 20003

**RECEIVED**
MAY - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Khadija Duma, certify that I mailed a copy of the foregoing via first-class mail, on this 9th day of May, 2008 to the following:

Counsel for the Fannie Mae Defendants (Fannie Mae, Dror Oppenheimer, Karen Mychalus, Verna Robinson):

Damien G. Stewart
Fannie Mae Legal Department
3900 Wisconsin Avenue, NW
Washington, DC 20016

Counsel for UNUM Provident:

Mary C. Zinsner
Troutman Sanders LLP
1660 International Dr. (Ste. 600)
McLean, VA 22102

Khadija Duma
1840 Massachusetts Avenue, SE
Washington, DC 20003