CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA                )
                            )
                            )
                            )
        Plaintiff           )
                            )
     v.                     )   Civil Case Number 08-581(JR)
                            )
                            )
                            )
UNUM PROVIDENT              )   Category   K
                            )
                            )
        Defendants          )

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 16, 2008 from Judge John D. Bates to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk