**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHADIJA DUMA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 08-0581 (JR) |
| | : |
| UNUM PROVIDENT, *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

Upon review of the record of this newly-assigned case, it appears that plaintiff's appeal from Judge Bates' order vacating defaults and denying default judgment [20] moots his motion for reconsideration [21]. Absent objection, this case will be **stayed pending appeal**.

JAMES ROBERTSON
United States District Judge