AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

Khadija Duma
Plaintiff

V.

Unum Provident, et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-581 JR

I, Khadija Duma, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Last official date worked 6/2/03 or 6/4/03, I believe, as a Senior Business Manager for Fannie Mae, 13150 Worldgate Drive, Herndon, VA; base annual pay was $94,000 plus. I do not recall take home pay or how many times paid.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☒ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
JUL 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8/4/08 Leave to file granted. (Leave to proceed w/o prepayment of fees is not decided by this note.)
[signature] USDJ

AO 240 Reverse (Rev. 10/03)

D→ I receive approximately $1459/mo. from Social Security Disability.
F→ I borrowed $6000 from a former friend as an emergency to survive and have paid back $3500 of it from money paid to me that was owed as child support arrearage. The rest of the arrearage has been used to support my son and me.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

If "Yes," state the total amount. *after household expenses to be paid today, approx $1000 left.*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

If "Yes," describe the property and state its value.

house valued at approximately $600,000 → last appraisal 4 yrs ago, with mortgage arrearages & fees probably over $500,000. House is in foreclosure. I have filed Chapter 7 Bankruptcy.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

My son has medical problems and I support him totally; he has on occasion obtained a few hours parttime work, but he is unable to maintain it.

I declare under penalty of perjury that the above information is true and correct.

July 29, 2008
Date

/s/ Khadija Nunn
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHADIJA DUMA, | ) | CASE NO. 1:08-cv-00581-JR |
| | ) | |
| Plaintiff | ) | APPELLATE CASE NO. 08-7070 |
| | ) | |
| v. | ) | |
| | ) | |
| UNUM PROVIDENT, FANNIE MAE, | ) | |
| DROR OPPENHEIMER, KAREN MYCHALUS | ) | |
| AND VERNA ROBINSON | ) | |

**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITH NOTICE OF APPEAL OF COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST FANNIE MAE, DROR OPPENHEIMER, KAREN MYCHALUS AND VERNA ROBINSON IN THE AMOUNT OF THIRTY MILLION DOLLARS, OR IN THE ALTERNATIVE, PLAINTIFF'S, MOTION TO WITHDRAW NOTICE OF APPEAL WITHOUT PREJUDICE**

Plaintiff, Khadija Duma, respectfully requests that she be allowed to proceed with her Notice of Appeal of the Court's order denying plaintiff's motion for a default judgment against defendants Fannie Mae, Dror Oppenheimer, Karen Mychalus and Verna Robinson in the amount of thirty million dollars, via In Forma Pauperis; or that in the alternative, plaintiff, Khadija Duma, requests that she be allowed to withdraw her Notice of Appeal, without prejudice, of Court's order denying plaintiff's Motion for a default Judgment in the amount of thirty million dollars against defendants Fannie Mae, Dror Oppenheimer, Karen Mychalus and Verna Robinson.

Before filing my Notice of Appeal I asked the person working the counter in the clerk's office if there was a fee associated with filing my Notice of Appeal of the Court's order denying my motion

for a default judgment in the amount of thirty million dollars against defendants Fannie Mae, Dror Oppenheimer, Karen Mychalus and Verna Robinson. I explained that I was still trying to recover from paying the initial filing fee for my complaint against said defendants. I was told that there was no filing fee associated with my Notice of Appeal, it was reviewed at the counter, accepted and date stamped. Some time later I noticed after reviewing the docket sheet online in the clerk's office that there were two notations of concern to me 1) a notation that the Notice of Appeal had been filed and that all parties had been notified, and 2) a notation that no fee had been paid. I had to get back home, as a matter of my personal well being, so I called the clerk's office when I got back home regarding those two entries on the docket sheet. I was told that the "all parties have been notified" did not refer to me because I had filed the Notice of Appeal, and that there was no fee paid or due (she went back and forth on this until she put me on hold and then finally came to the phone and said that there was a fee due). Shortly thereafter, I received in the mail a notification of the Notice of Appeal and a warning that my case may be dismissed if the fee was not paid or if I were not granted permission to proceed In Forma Pauperis with the Notice of Appeal.

I never would have filed the Notice of Appeal if I knew that there was a fee associated with that filing that put my case at risk if the fee were not paid, and that I would have to chance "estimating" expenses coupled with filling out more financial forms. I am having a hard enough time with my bankruptcy schedules. After struggling with bankruptcy schedules I went to seek pro bono assistance through a group that the clerk's office alerted me to. I asked for help with this case and my bankruptcy. They did not provide any help with the bankruptcy schedules, and there was no one there who quite understood ERISA or Fannie Mae. I met with the bankruptcy trustee for the first time on July 7, 2008. My schedules were completed as best I could. I was told that I could not do a Chapter 13, as I had planned---the only option for me was a Chapter 7. While the trustee met with other petitioners I rushed to the clerk's office to fill out the paperwork, paid the conversion fee, and rushed back to the trustee before she left so that she would not recommend dismissing my bankruptcy.

2

I have constant, chronic pain; with enough pain medication (when the pain medication is not making me sick and I can afford to buy it) I can function to some extent (sometimes better than others). This lawsuit, the bankruptcy, danger of loss of life, the increase in my household expenses (utilities, food, etc.), the increase in the cost of transportation for me all have me as a mother, a woman, a seasoned professional and a disabled African American completely overwhelmed and depleted.

My life and property are at great risk. As a matter of fact, the odds of my survival are not good. I need to leave and move into a safer community, but I don't have the money to move, and because of my bankruptcy and pending (challenged) foreclosure my credit is no longer good enough to get me into a safer community without probably leaving this area. I have had to call the police several times for safety. I requested and received "Special Attention" (which is only good for thirty days) from the 1st District Police Substation on Capitol Hill. While trying to protect my property rights against Verizon I was portrayed by Verizon as the obstacle and sole reason that a neighbor was not able to have a Verizon land line (as was her right I heard the Verizon manager tell her). During mediation the head of Verizon's engineering department admitted that they could service her by going around my property instead of across it. However, it seems that they do not want to incur the cost of that service to one customer and they had hoped to bully me into submission. Verizon's subsequent actions helped whip this woman's rage against me into such a frenzy that I believe she has engaged others in a campaign of harassment and terror against me that goes beyond them throwing trash into my backyard. She and others are able to listen to my telephone conversations. There is now a rumor going around with rapid-fire speed that I am talking to the Feds and that I am a snitch. In a predominantly Black neighborhood such as this one being labeled as a snitch is a death sentence. It is a matter of time and opportunity when they get to me. I am running out of time, but I have no money to escape. There have been burglary attempts against my property. In the past few weeks I have had trouble maintaining telephone service and ADT protection; and, since my ADT protection that has been failing is at the back of my house where the burglary attempts have occurred my heightened sense of vulnerability has added to the

stress and frustration of not having the financial means to secure a safer location for myself and my son. The Comcast telephone disconnects for non-payment and outside interference have complicated the ADT failures since my ADT system relies on the Comcast telephone connection. I am a sitting duck.

I lost my livelihood, my career and the ability to make future earnings by fighting for my rights and the right was to process loans and loan products in Fannie Mae's mortgage operations. I should have learned my lesson, but many before me have fought and died for their property rights; it's not my preference, but the increase in homicides nearby and the intense hostility being drummed up against me stack the cards against me. I don't have the money to go, but I must find a way to leave. The longer I stay here the greater the chances are that I will become a fatality statistic because I called the police several times, and I have been determined by others to be a snitch. I live less than ten minutes from the United States Supreme Court and my life is in danger. I barricade myself in the house and stay all day unless I absolutely have to go out and then I get back as soon as I can so that I limit my exposure on the streets --- my chronic pain makes all of this extremely arduous to execute. Before this matter became this dangerous for me I sought help from the United States Department of Justice with the safety issue presented by Verizon's use of my property without my permission. The United States Department of Justice is supposed to enforce the Americans with Disabilities Act. I was told by the United States Department of Justice that there were "too many issues in the case," and that it was "not the type of case" they would take. And, although Verizon admitted in a formal hearing at the DC Public Service Commission that the wires they placed on my property, temporarily, (which I contended were unsafe) were not placed the way that they do things properly the DC Public Service Commission found in favor of Verizon on the safety issue. There appeared to be a chumminess between Verizon and the DC Public Service Commission that I could not overcome although I was represented by the Office of the People's Counsel. Verizon showed up with police at my door (an unsuccessful tactic), sent service processors to bang on my windows and door day and night to bully me into an easement they do not have and after all that they have done to me including now

placing my life in danger it is an easement I shall not grant.

I put a lot of money into this house to enhance and maintain it. My investment is disintegrating before my eyes. Aside from the contractor, Michael Holmes (Mike Holmes Handyman Home Improvements/ used to be licensed in DC and based in MD) who took the money and ran without doing the work (he promised to return the money but I haven't been able to track him down to get it); Lowe's damaging my property by using unlicensed contractors, having some of those unlicensed contractors jump over my chain link fence while I was not home and without my permission (I discovered them when I surprised them by coming home early) to install defective fencing product when I was trying to fence my property to securitize my surroundings, then leaving holes in my backyard filled with water where countless mosquitoes bred at a time when the DC Health Department announced that mosquitoes carrying the West Nile virus were discovered just blocks from my home, as the crow flies. I did not receive a full refund from Lowe's although I tried hard to get it; and, the fact that I do not have the money to make the maintenance and repairs that are necessary to protect my investment my astonishment turns to the fact that this nation's national debt cap was raised to save Fannie Mae, a privately-held, for-profit Government Sponsored Enterprise (GSE) while I don't have money to pay for all of my prescriptions and I can't move to save my life. I have to choose which prescriptions I will have filled and which I will have to do without. My life and the life of my son are in danger where I live, but I can't move to a safer community because I don't have the money or the credit --- UNUM Provident and Fannie Mae made sure of that. Yet, it is important to write a blank, taxpayer check to the tune of eight hundred billion dollars to assure dividends to Fannie Mae shareholders although Fannie Mae helped to create the debacle in mortgage-backed securities. In the newspaper not too long ago an internal Fannie Mae memo was leaked in which (paraphrasing) Dan Mudd allegedly said, "Fannie Mae always wins"; that's an old, familiar refrain.

I do not have all the numbers I need to accurately depict my financial plight, and I would rather not use the Fannie Mae template. To top off this tale of woe I had a very bad fall on Pennsylvania

Avenue last week after picking up a couple of my prescriptions and some groceries. One leg was cut. I was badly bruised and banged up. My primary care physician, Dr. Sos Mboijana, is also located nearby on Pennsylvania Avenue. After an examination he told me that my intensified pain was due to the fact that I cope with chronic pain on a daily basis. The fall dazed and confused me.

Based upon the foregoing and the attached application to proceed In Forma Pauperis the plaintiff, Khadija Duma, respectfully asks the Court to grant her permission to proceed with her Notice of Appeal of the Court's order denying plaintiff a default judgment against defendants Fannie Mae, Dror Oppenheimer, Karen Mychalus and Verna Robinson in the amount of thirty million dollars; or in the alternative, plaintiff, Khadija Duma, respectfully requests that she be allowed to withdraw her Notice of Appeal without prejudice.

Signed: _Khadija Duma_

Dated: _July 29, 2008_