# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KHADIJA DUMA,                          :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 08-0581 (JR)
                                       :
UNUM PROVIDENT, *et al.*,               :
                                       :
          Defendants.                  :

## MEMORANDUM

All that remains of this case, after the dismissal of
most of plaintiff's claims on 5/4/09 [#35] and plaintiff's
voluntary dismissal of her ERISA claim against Unum Provident on
9/4/09 [#40], is plaintiff's Title VII claim against her
employer, Fannie Mae.  Fannie Mae moves to dismiss that claim
[#8] for plaintiff's failure to file a charge of discrimination
with the EEOC within 300 days of the last alleged discriminatory
act.  Plaintiff has resisted that motion -- insisting that she
did initiate the charging process with the EEOC, blaming the EEOC
for sending her a draft that was riddled with mistakes and for
bureaucratic "obstacles" -- but it is clear from the record that
plaintiff never did file a signed charge with the EEOC, and that,
in fact, she did not approach the EEOC about its alleged mistakes
until nearly a year after she knew about them.  Nor does
plaintiff's recitation of her telephone contacts with the EEOC
describe the "extraordinary and carefully circumscribed
circumstance[ ]" in which this Court might exercise its power

equitably to toll the period of limitations, <u>see</u>, <u>Mondy v. Sec'y of the Army</u>, 845 F.2d 1051, 1057 (D.C. Cir. 1988).  The motion to dismiss will be granted by an order that accompanies this memorandum.


                                  JAMES ROBERTSON
                              United States District Judge